IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRA TINEO, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No. |
| ) | |
| vs. ) | |
| ) | |
| SYNERGETIC COMMUNICATIONS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF REMOVAL**

**TO:**   Alexandra Tineo
c/o Carlo Sabatini, Esq.
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1446(a) and (b), the Defendant Synergetic Communications, Inc. ("Defendant") hereby removes this case to the United States District Court for the Middle District of Pennsylvania based on the following grounds:

1. This action is removable to the United States District Court under 28 U.S.C. §§ 1331 and 1441 on the grounds of federal question jurisdiction, in that the complaint purports to allege a cause of action under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq*.

2. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty days after Defendant's receipt of the initial pleadings setting forth the claim for relief upon which this action is based.

3. Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit "A" are copies of the following documents, which are all the process, pleadings and orders received by one or more Defendants in this action.

4. Upon receipt of this Notice, no further action shall be taken in the Court of Common Pleas of Luzerne County, Pennsylvania.

>Respectfully submitted,
>
>THE LAW OFFICES OF RONALD S. CANTER, LLC
>
>/s/ Ronald S. Canter
>Ronald S. Canter, Esquire, PA Bar #94000
>200A Monroe Street, Suite 104
>Rockville, Maryland 20850-4424
>Telephone: (301) 424-7490
>Facsimile: (301) 424-7470
>E-Mail:  rcanter@roncanterllc.com
>*Attorney for Defendant,*
>*Synergetic Communications, Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was sent by first class mail, postage prepaid, this 19st day of December, 2023 to:

>Carlo Sabatini, Esquire
>Sabatini Law Firm, LLC
>216 Blakely St.
>Dunmore, PA 18512
>Attorney for Plaintiff, Alexandra Tineo

>/s/ Ronald S. Canter
>Ronald S. Canter, Esquire
>Attorney for Defendant,
>Synergetic Communications, Inc.